UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MICHAEL A. BARNER,

        Plaintiff,                  Case No. 1:17-cv-339

v.                                   Honorable Paul L. Maloney

THOMAS MACKIE et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: April 28, 2017                     /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge